AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| Dion Dawkins ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-cv-00043-LJV |
| R & D Contracting, Inc. and Robert J. Briceland ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

R & D Contracting, Inc. and Robert J. Briceland

Date:    02/01/2024

*Attorney's signature*

Robert D. Bannister, Esq.
*Printed name and bar number*

Kenney Shelton Liptak Nowak LLP
The Calumet Building
233 Franklin Street
Buffalo, New York 14202
*Address*

RDBannister@kslnlaw.com
*E-mail address*

(716) 853-3801
*Telephone number*

(716) 853-0265
*FAX number*