**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

DION DAWKINS,

                Plaintiff,

   v.

R & D CONTRACTING, INC. and
ROBERT J. BRICELAND

                Defendants.

Case No. 1:24-cv-00043-LJV

**NOTICE OF MOTION**

| | |
|---|---|
| **NATURE OF ACTION:** | Breach of Contract; Construction Defect; Diversity Action. |
| **MOVING PARTY:** | Defendants, R&D CONTRACTING, INC. and ROBERT J. BRICELAND. |
| **DIRECTED TO:** | Plaintiff, DION DAWKINS. |
| **DATE, TIME, AND PLACE OF HEARING:** | To be determined by the Court. |
| **SUPPORTING PAPERS:** | Attorney Declaration of Robert D. Bannister, Esq., with attached exhibits, and accompanying memorandum of law. |
| **ANSWERING PAPERS**: | If any, are due fourteen (14) days from the service of this motion pursuant to Loc. R. Civ. P. 7(b)(2)(B), unless this Court issues an Order setting deadlines pursuant to Local Rule 7(b)(1). |
| **REPLY PAPERS:** | Defendants intend to file and serve reply papers. |
| **RELIEF REQUESTED:** | An Order granting Defendants leave to file a Third-Party Complaint |
| **GROUNDS FOR RELIEF**: | Fed. R. Civ. P. 16(b) & Fed R. Civ. P. 14(a) |

1

**ORAL ARGUMENT:**                                    Requested.

DATED:        Buffalo, New York
              April 10, 2025

                                        KENNEY SHELTON LIPTAK NOWAK LLP


                                        _____
                                        Robert D. Bannister, Esq.
                                        *Attorneys for Defendants/Third-Party Plaintiffs*
                                        *R&D Contracting and Robert J. Briceland*
                                        The Calumet Building
                                        233 Franklin Street
                                        Buffalo, New York 14202
                                        Tel. (716) 853-3801
                                        Fax. (716) 853-0265
                                        rdbannister@kslnlaw.com


CC:     James Wolford, Esq.
        GALLO & IACOVANGELO LLP
        *Attorneys for Plaintiff*
        180 Canal View Blvd.
        Rochester, New York 14623
        Tel. (858) 454-7145
        Fax. (585) 454-2476
        jameswolford@gallolaw.com

2