# EXHIBIT N



# INVOICE

**Stonewood Builders LLC**
349 W Commercial St|Ste 1300
Ste 1300
East Rochester, NY 14445-2407

steve@stonewoodbuilders.co
+1 (585) 889-0067

**Bill to**
Dion Dawkins
100 Stewart Ct
East Aurora, NY 14052

**Ship to**
Dion Dawkins
100 Stewart Ct
East Aurora, NY 14052

## Invoice details

Invoice no.: 3660
Terms: Due on receipt
Invoice date: 02/10/2025
Due date: 02/10/2025

| # | Date | Product or service | Description | | Rate | Amount |
|---|------|--------------------|-------------|---|------|--------|
| 1. | 01/15/2025 | **Contracted Services** | Labor: @$75/hr<br>Jeff 6.79 Hrs<br>Jamie 6.79 Hrs | | $1,018.50 | $1,018.50 |
| 2. | 01/16/2025 | **Contracted Services** | Labor: @$75/hr<br>Jeff 6.91 Hrs<br>Jamie 6.91 Hrs | | $1,036.50 | $1,036.50 |
| 3. | | **Contracted Services** | Materials<br>Home Depot 101.62<br>Sherwin Williams 39.53 | | $141.15 | $141.15 |
| | | | | Subtotal | | $2,196.15 |
| | | | | Sales tax | | $164.40 |
| | | | | **Total** | | **$2,360.55** |

## Note to customer

Due upon Receipt. Thank you for your business!

**Overdue**                    02/10/2025

STNWDSUBPPROD 0001

**Stonewood Builders LLC**
349 W Commercial St|Ste 1300
Ste 1300
East Rochester, NY 14445-2407
USA
steve@stonewoodbuilders.co

# INVOICE

**BILL TO**
Dion Dawkins
100 Stewart Ct
East Aurora, NY 14052

**INVOICE #** 2794
**DATE** 09/18/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 07/31/2023 | Stonewood Labor | Stock materials | 1 | 107.50 | 107.50T |
| 07/31/2023 | Stonewood Labor | Home Depot | 1 | 357.40 | 357.40 |
| 08/01/2023 | Stonewood Labor | Home Depot | 1 | 93.77 | 93.77 |
| 08/04/2023 | Stonewood Labor | Lowes | 1 | 91.58 | 91.58 |
| 08/16/2023 | Stonewood Labor | Home Depot | 1 | 14.61 | 14.61 |
| 08/17/2023 | Stonewood Labor | Lowes | 1 | 342.55 | 342.55 |
| 08/17/2023 | Stonewood Labor | Ferguson | 1 | 454.09 | 454.09 |
| 08/18/2023 | Stonewood Labor | Stock materials | 1 | 138.00 | 138.00T |
| 08/18/2023 | Stonewood Labor | Disposal fees | 1 | 150.79 | 150.79 |
| 08/18/2023 | Stonewood Labor | Disposal Fees | 1 | 204.12 | 204.12 |
| 08/21/2023 | Stonewood Labor | Home Depot | 1 | 197.64 | 197.64 |
| 08/22/2023 | Stonewood Labor | Home Depot | 1 | 134.11 | 134.11 |
| 08/22/2023 | Stonewood Labor | Sherwin Williams | 1 | 12.85 | 12.85 |
| 08/22/2023 | Stonewood Labor | Sherwin Williams | 1 | 189.33 | 189.33 |
| 08/23/2023 | Stonewood Labor | Home Depot | 1 | 502.70 | 502.70 |
| 08/24/2023 | Stonewood Labor | Sherwin Williams | 1 | 29.71 | 29.71 |
| 08/24/2023 | Stonewood Labor | Sherwin Williams | 1 | 164.97 | 164.97 |
| 08/25/2023 | Stonewood Labor | Sherwin Williams | 1 | 28.73 | 28.73 |
| 08/25/2023 | Stonewood Labor | Home Depot | 1 | 569.24 | 569.24 |
| 08/28/2023 | Stonewood Labor | Home Depot | 1 | 68.60 | 68.60 |
| 08/28/2023 | Stonewood Labor | Stock materials | 1 | 102.00 | 102.00T |
| 08/29/2023 | Stonewood Labor | Home Depot | 1 | 104.40 | 104.40 |
| 08/29/2023 | Stonewood Labor | Home Depot | 1 | 84.90 | 84.90 |
| 08/30/2023 | Stonewood Labor | Home Depot | 1 | 9.35 | 9.35 |
| 08/30/2023 | Stonewood Labor | Sherwin Williams | 1 | 89.13 | 89.13 |
| 09/07/2023 | Stonewood Labor | Sherwin Williams | 1 | 406.58 | 406.58 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 09/12/2023 | Stonewood Labor | Home Depot | 1 | 52.12 | 52.12 |
| 09/15/2023 | Stonewood Labor | Labor - 7/31--9/15/2023 Gutter repairs, fix all electrical hazards, change all plugs to Decora, fix gas lines, fix fireplace valve, fix all plumbing hazards. Move water tanks away from electrical panel, install all basement doors, pressure wash back patio, drain hot tub/clean. Fix garage doors, adjust HVAC vents, install/fix moldings, remove plugs, move lights in office/diningroom/master bath, fix and adjust doors, install can lights in basement staircase. Relocate TV in master, fix master bathtub, fix improper master bath plumbing.  Remove plugs from floor drains, install washer/dryer upstairs. Dry wall repairs, paint walls in eggshell washable paint and trim where needed. Several other miscellaneous items on home inspection report where completed.  Clear out garage and all debris left from previous contractor.  Remove landscape in front and rear of house, haul away and trim bushes. | 1 | 0.00 | 0.00 |
| 09/15/2023 | Stonewood Labor | Labor Hours Project Manager   7/31--9/19/2023 | 38.75 | 110.00 | 4,262.50T |
| 09/15/2023 | Stonewood Labor | Orlando  7/31--9/19/2023 | 61.50 | 105.00 | 6,457.50T |
| 09/15/2023 | Stonewood Labor | Orlando Jr  7/31--9/19/2023 | 67 | 85.00 | 5,695.00T |
| 09/15/2023 | Stonewood Labor | Juan Carlos  7/31--9/19/2023 | 21.50 | 50.00 | 1,075.00T |
| 09/15/2023 | Stonewood Labor | Nick  7/31--9/19/2023 | 26.50 | 85.00 | 2,252.50T |
| 09/15/2023 | Stonewood Labor | Chris  7/31--9/19/2023 | 43.75 | 70.00 | 3,062.50T |
| 09/15/2023 | Stonewood Labor | Ivan  7/31--9/19/2023 | 28.25 | 85.00 | 2,401.25T |
| 09/15/2023 | Stonewood Labor | Willy  7/31--9/19/2023 | 119.50 | 95.00 | 11,352.50T |
| 09/15/2023 | Stonewood Labor | Bobby  7/31--9/19/2023 | 55.50 | 60.00 | 3,330.00T |
| 09/15/2023 | Stonewood Labor | Mike  7/31--9/19/2023 | 9.25 | 60.00 | 555.00T |
| 09/15/2023 | Stonewood Labor | Lennar  7/31--9/19/2023 | 7.50 | 5.00 | 37.50T |
| 09/15/2023 | Stonewood Labor | Sherwin Williams | 1 | 374.77 | 374.77 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| 09/18/2023 | Stonewood Labor | Dumpster | 1 | 679.97 | 679.97 |

| | | |
|---|---|---|
| SUBTOTAL | | 46,236.76 |
| TAX | | 3,266.30 |
| TOTAL | | 49,503.06 |
| PAYMENT | | 49,503.06 |
| BALANCE DUE | | **$0.00** |

STNWDSUBPPROD 0004

**Stonewood Builders LLC**
349 W Commercial St|Ste 1300
Ste 1300
East Rochester, NY  14445-2407
USA
steve@stonewoodbuilders.co

# INVOICE

**BILL TO**
Dion Dawkins
100 Stewart Ct
East Aurora, NY 14052

**INVOICE #** 2927
**DATE** 12/11/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 10/25/2023 | **Stonewood Labor** | Gate control | 1 | 8,700.00 | 8,700.00T |
| 10/25/2023 | **Stonewood Labor** | Credit for  granite counter | 1 | - 1,000.00 | -1,000.00T |
| | | | | | 0.00 |
| | | | | | 0.00 |

|  |  |
|--|--|
| SUBTOTAL | 7,700.00 |
| TAX | 616.00 |
| TOTAL | 8,316.00 |
| PAYMENT | 8,316.00 |
| BALANCE DUE | **$0.00** |

PAID

STNWDSUBPPROD 0005

**Stonewood Builders LLC**
349 W Commercial St|Ste 1300
Ste 1300
East Rochester, NY  14445-2407
USA
steve@stonewoodbuilders.co

# INVOICE

**BILL TO**
Dion Dawkins
100 Stewart Ct
East Aurora, NY 14052

**INVOICE #** 2928
**DATE** 12/11/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 11/17/2023 | Stonewood Labor | Labor to run Cat 5/ Coax from one side on basement.  Fish wires. Install plug in port in wall - Connect and set up Wi-Fi booster. | 1 | 360.00 | 360.00T |
| 11/17/2023 | Stonewood Labor | Stock materials | 1 | 184.50 | 184.50T |
| 11/17/2023 | Stonewood Labor | Home Depot | 1 | 109.53 | 109.53 |
|  |  |  |  |  | 0.00 |
|  |  | 3344 Cross Creek Way - Jordan Phillips |  |  | 0.00 |
|  |  |  |  |  | 0.00 |

|  |  |
|--|--|
| SUBTOTAL | 654.03 |
| TAX | 43.56 |
| TOTAL | 697.59 |
| PAYMENT | 697.59 |
| BALANCE DUE | **$0.00** |

STNWDSUBPPROD 0006

Stonewood Builders LLC
349 W Commercial St|Ste 1300
Ste 1300
East Rochester, NY  14445-2407
USA
steve@stonewoodbuilders.co

# INVOICE

**BILL TO**
Dion Dawkins
100 Stewart Ct
East Aurora, NY 14052

**INVOICE #** 2929
**DATE** 12/11/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 10/02/2023 | Stonewood Labor | 10/2/2023  Willy | 6 | 105.00 | 630.00 |
| 10/02/2023 | Stonewood Labor | 10/2/2023 Orlando Jr | 1 | 105.00 | 105.00 |
| 10/02/2023 | Stonewood Labor | Sherwin Williams | 1 | 56.39 | 56.39 |
| 10/23/2023 | Stonewood Labor | 10/23/2023  Orlando | 4 | 105.00 | 420.00 |
| 10/23/2023 | Stonewood Labor | 10/23/2023 Jesus | 4 | 65.00 | 260.00 |
| 10/23/2023 | Stonewood Labor | Home Depot | 1 | 165.81 | 165.81 |
| 10/26/2023 | Stonewood Labor | 10/23/2023  Orlando | 3 | 105.00 | 315.00 |
| 10/26/2023 | Stonewood Labor | 10/23/2023  Jesus | 3 | 65.00 | 195.00 |
| 10/26/2023 | Stonewood Labor | Trash Disposal | 1 | 104.00 | 104.00 |
| 10/26/2023 | Stonewood Labor | Stock Materials | 1 | 138.50 | 138.50T |
| 12/01/2023 | Stonewood Labor | 12/1/2023  Orlando Jr | 8 | 85.00 | 680.00 |
| 12/01/2023 | Stonewood Labor | 10/2 - 12/4/2023  Project Manager Fee | 1 | 220.00 | 220.00 |
| 12/01/2023 | Stonewood Labor | Home Depot | 1 | 948.15 | 948.15 |
| 12/01/2023 | Stonewood Labor | Home Depot | 1 | 97.23 | 97.23 |
| 12/04/2023 | Stonewood Labor | 12/4/2023  Orlando Jr | 8 | 85.00 | 680.00 |
| 12/04/2023 | Stonewood Labor | Home Depot | 1 | 51.01 | 51.01 |
| 12/04/2023 | Stonewood Labor | Stock Materials | 1 | 197.50 | 197.50 |
| 12/05/2023 | Stonewood Labor | 12/5/82023 Orlando Jr | 8 | 85.00 | 680.00 |
| 12/05/2023 | Stonewood Labor | Home Depot | 1 | 99.98 | 99.98 |
| 12/05/2023 | Stonewood Labor | Home Depot | 1 | 89.61 | 89.61 |
| 12/06/2023 | Stonewood Labor | 12/6/2023  Orlando | 8 | 85.00 | 680.00 |
| 12/06/2023 | Stonewood Labor | 12/6/2023 Jeff | 2 | 70.00 | 140.00 |
| 12/06/2023 | Stonewood Labor | Home Depot | 1 | 134.38 | 134.38 |
| 12/07/2023 | Stonewood Labor | 12/7/2023  Orlando | 7 | 85.00 | 595.00 |
| 12/07/2023 | Stonewood Labor | Home Depot | 1 | 372.19 | 372.19 |
| | | Patch ceiling in living | | | 0.00 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
|  |  | room/bedroom/paint |  |  |  |
|  |  |  |  |  | 0.00 |
|  |  | Exterior/Gutter Labor |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  | Electric work, vent outside, trash disposal, exterior plug cover. |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  | Build Basement Bar |  |  | 0.00 |

|  |  |
|--|--|
| SUBTOTAL | 8,054.75 |
| TAX | 11.08 |
| TOTAL | 8,065.83 |
| PAYMENT | 8,065.83 |
| BALANCE DUE | **$0.00** |

STNWDSUBPPROD 0008

**Stonewood Builders LLC**
349 W Commercial St|Ste 1300
Ste 1300
East Rochester, NY  14445-2407
USA
steve@stonewoodbuilders.co

# INVOICE

**BILL TO**
Dion Dawkins
100 Stewart Ct
East Aurora, NY 14052

**INVOICE #** 2930
**DATE** 12/11/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 11/02/2023 | Stonewood Labor | Remove/dispose of trash/pull weeds/ change filters at rental property. | 1 | 250.00 | 250.00T |
| 11/02/2023 | Stonewood Labor | Home Depot | 1 | 40.02 | 40.02 |
| 11/02/2023 | Stonewood Labor | Lowes | 1 | 87.76 | 87.76 |
| | | | | | 0.00 |
| | | Change filters and clean at Stewart Court | | | 0.00 |
| | | | | | 0.00 |

| | |
|---|---|
| SUBTOTAL | 377.78 |
| TAX | 20.00 |
| TOTAL | 397.78 |
| PAYMENT | 397.78 |
| BALANCE DUE | **$0.00** |

**Stonewood Builders LLC**
349 W Commercial St|Ste 1300
Ste 1300
East Rochester, NY  14445-2407
USA
steve@stonewoodbuilders.co

# INVOICE

**BILL TO**
Dion Dawkins
100 Stewart Ct
East Aurora, NY 14052

**INVOICE #** 3001
**DATE** 01/19/2024

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 01/15/2024 | Stonewood Labor | Sink | 1 | 220.88 | 220.88 |
| 01/16/2024 | Stonewood Labor | Orlando Jr | 6 | 105.00 | 630.00T |
| 01/16/2024 | Stonewood Labor | Chris | 2 | 70.00 | 140.00T |
| 01/16/2024 | Stonewood Labor | Home Depot | 1 | 282.72 | 282.72 |
| 01/16/2024 | Stonewood Labor | Home Depot | 1 | 31.83 | 31.83 |
| 01/16/2024 | Stonewood Labor | Equipment rental for flood | 1 | 468.47 | 468.47 |
| 01/17/2024 | Stonewood Labor | Orlando Jr | 8 | 105.00 | 840.00T |
| 01/17/2024 | Stonewood Labor | Stock materials | 1 | 94.25 | 94.25T |
| 01/17/2024 | Stonewood Labor | Home Depot | 1 | 132.24 | 132.24 |
| 01/18/2024 | Stonewood Labor | Orlando Jr | 7.50 | 105.00 | 787.50T |
| 01/18/2024 | Stonewood Labor | Home Depot | 1 | 410.25 | 410.25 |
|  |  | Labor to install sink/flood R&R |  |  | 0.00 |
|  |  | Plumbing work - Install new humidifier |  |  | 0.00 |
|  |  | Drywall repairs, sanding, paint patches, garage ceiling and walls |  |  | 0.00 |
|  |  |  |  | 0.00 | 0.00 |
| 01/19/2024 | Stonewood Labor | Orlando Jr | 7 | 105.00 | 735.00T |
|  |  |  |  |  | 0.00 |
| 01/19/2024 | Stonewood Labor | Home Depot | 1 | 48.31 | 48.31 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
| 01/22/2024 | Stonewood Labor | Orlando Jr - | 3.50 | 105.00 | 367.50T |
| 01/22/2024 | Stonewood Labor | Home Depot | 1 | 75.56 | 75.56 |
| 01/22/2024 | Stonewood Labor | Home Depot | 1 | 183.37 | 183.37 |
| 01/22/2024 | Stonewood Labor | Grainger | 1 | 31.11 | 31.11 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 01/23/2024 | **Stonewood Labor** | Orlando Jr - | 1.50 | 105.00 | 157.50T |
| 01/24/2024 | **Stonewood Labor** | Orlando Jr - | 0.75 | 105.00 | 78.75T |
| 01/25/2024 | **Stonewood Labor** | Chris - | 3 | 70.00 | 210.00T |
| 01/25/2024 | **Stonewood Labor** | Orlando Jr - | 3 | 105.00 | 315.00T |
| 01/25/2024 | **Stonewood Labor** | Home Depot | 1 | 35.68 | 35.68 |
| 01/25/2024 | **Stonewood Labor** | Home Depot | 1 | 353.40 | 353.40 |
| 01/31/2024 | **Stonewood Labor** | Chris - | 7 | 70.00 | 490.00T |

| | |
|---|---|
| SUBTOTAL | 7,119.32 |
| TAX | 387.64 |
| TOTAL | 7,506.96 |
| PAYMENT | 7,506.96 |
| BALANCE DUE | **$0.00** |

STNWDSUBPPROD 0011

**Stonewood Builders LLC**
349 W Commercial St|Ste 1300
Ste 1300
East Rochester, NY  14445-2407
USA
steve@stonewoodbuilders.co

# INVOICE

**BILL TO**
Dion Dawkins
100 Stewart Ct
East Aurora, NY 14052

**INVOICE #** 3002
**DATE** 01/19/2024

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 01/02/2024 | Stonewood Labor | 1/2-1/8/2024 -- Material delivery | 1 | 380.00 | 380.00T |
| 01/02/2024 | Stonewood Labor | Caulking, sealant supplies | 1 | 801.38 | 801.38 |
| 01/02/2024 | Stonewood Labor | Soundproofing/paper materials | 1 | 11,607.18 | 11,607.18 |
| | | | | | 0.00 |
| 01/19/2024 | Stonewood Labor | 1/2-1/19/2024 Labor to caulk, seal, soundproof or double layer paper. Entire basement including all storage rooms and closets. | 1 | 9,136.00 | 9,136.00T |
| | | | | | 0.00 |
| | | | | | 0.00 |

| | |
|---|---|
| SUBTOTAL | 21,924.56 |
| TAX | 761.28 |
| TOTAL | 22,685.84 |
| PAYMENT | 22,685.84 |
| BALANCE DUE | **$0.00** |

STNWDSUBPPROD 0012

**Stonewood Builders LLC**
349 W Commercial St|Ste 1300
Ste 1300
East Rochester, NY  14445-2407
USA
steve@stonewoodbuilders.co

# INVOICE

**BILL TO**
Dion Dawkins
100 Stewart Ct
East Aurora, NY 14052

**INVOICE #** 3006
**DATE** 01/24/2024

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 01/19/2024 | **Stonewood Labor** | 1/16 -- Labor and materials to fix furnace.<br>New control board and service unit | 1 | 1,297.83 | 1,297.83T |
| | | | | | 0.00 |

| | |
|---|---|
| SUBTOTAL | 1,297.83 |
| TAX | 103.83 |
| TOTAL | 1,401.66 |
| PAYMENT | 1,401.66 |
| BALANCE DUE | **$0.00** |

**Stonewood Builders LLC**
349 W Commercial St|Ste 1300
Ste 1300
East Rochester, NY  14445-2407
USA
steve@stonewoodbuilders.co

# Receipt

**Received From**                                                        **Date:** 09/26/2023
Dion Dawkins
100 Stewart Ct                                                           **Reference No:**
East Aurora, NY  14052

| Invoice Number | Invoice Date | Due Date | Original Amount | Balance | Payment |
|---|---|---|---|---|---|
| 2794 | 09/18/2023 | 09/18/2023 | 49503.06 | 49503.06 | 49503.06 |

Memo:                                                  Amount Credited:                        $0.00
                                                       Total:                             $49,503.06

STNWDSUBPPROD 0014

4/2/2025 1:45 PM

Stonewood Builders Main

******1635

**Amount:** $49,503.06

**Statement Description:** Wire Transfer In - 69378874 DION DAWKINS CITIBANK NA

**Posted Date:** 9/26/2023

**Type:** Credit

**Status:** Posted

STNWDSUBPPROD 0015

**Stonewood Builders LLC**
349 W Commercial St|Ste 1300
Ste 1300
East Rochester, NY  14445-2407
USA
steve@stonewoodbuilders.co

# Receipt

**Received From**
Dion Dawkins
100 Stewart Ct
East Aurora, NY  14052

**Date:** 12/11/2023

**Reference No:** Wire

| Invoice Number | Invoice Date | Due Date | Original Amount | Balance | Payment |
|---|---|---|---|---|---|
| 2927 | 12/11/2023 | 12/11/2023 | 8316.00 | 8316.00 | 8316.00 |
| 2928 | 12/11/2023 | 12/11/2023 | 697.59 | 697.59 | 697.59 |
| 2929 | 12/11/2023 | 12/11/2023 | 8065.83 | 8065.83 | 8065.83 |
| 2930 | 12/11/2023 | 12/11/2023 | 397.78 | 397.78 | 397.78 |

Memo: Invoices 2927, 2928, 2929, 2930

| Amount Credited: | $0.00 |
|---|---|
| Total: | $17,477.20 |

STNWDSUBPPROD 0016

DEC 11
2023    Wire Transfer In - 71385472 DION DAWKINS CITIBANK NA          $17,477.20    ⋮

Details

**Statement Description:**
Wire Transfer In - 71385472 DION DAWKINS CITIBANK NA

**Date:**
12/11/2023

**Type:**
Credit

**Page totals:** Credits: [1] **$17,477.20** | Debits: [0] **$0.00**

**Stonewood Builders LLC**
349 W Commercial St|Ste 1300
Ste 1300
East Rochester, NY  14445-2407
USA
steve@stonewoodbuilders.co

# Receipt

**Received From**                                              **Date:** 02/20/2024

Dion Dawkins
100 Stewart Ct                                               **Reference No:**
East Aurora, NY  14052

| Invoice Number | Invoice Date | Due Date | Original Amount | Balance | Payment |
|---|---|---|---|---|---|
| 3002 | 01/19/2024 | 01/19/2024 | 22685.84 | 22685.84 | 22685.84 |

Memo:                                    **Amount Credited:**              $0.00
                                         **Total:**                   $22,685.84

STNWDSUBPPROD 0018

| FEB 20 2024 | Wire Transfer In - 73191307 DION DAWKINS PNCBANK PITT | $22,685.84 | ⋮ |

Details

**Statement Description:**
Wire Transfer In - 73191307 DION DAWKINS PNCBANK PITT

**Date:**
2/20/2024

**Type:**
Credit

**Page totals:** Credits: [1] **$22,685.84** | Debits: [0] **$0.00**

# Deposit Summary

04/02/2025

Summary of Deposits to CNB - 1635 on 02/14/2024

| CHECK NO. | PMT METHOD | RECEIVED FROM | MEMO | AMOUNT |
|-----------|-----------|---------------|------|--------|
|  | E-Check | Dion Dawkins |  | 7506.96 |
|  |  |  | DEPOSIT SUBTOTAL | 7506.96 |
|  |  |  | LESS CASH BACK |  |
|  |  |  | DEPOSIT TOTAL | 7506.96 |

| | | | |
|---|---|---|---|
| FEB 20 2024 | Wire Transfer In - 73190096 DION DAWKINS PNCBANK PITT | $7,506.96 | ⋮ |

Details

**Statement Description:**
Wire Transfer In - 73190096 DION DAWKINS PNCBANK PITT

**Date:**
2/20/2024

**Type:**
Credit

**Page totals:** Credits: [1] **$7,506.96** | Debits: [0] **$0.00**

STNWDSUBPPROD 0021

**Stonewood Builders LLC**
349 W Commercial St|Ste 1300
Ste 1300
East Rochester, NY  14445-2407
USA
steve@stonewoodbuilders.co

# Receipt

**Received From**                                    **Date:** 02/20/2024
Dion Dawkins
100 Stewart Ct                                       **Reference No:**
East Aurora, NY  14052

| Invoice Number | Invoice Date | Due Date | Original Amount | Balance | Payment |
|----------------|--------------|----------|-----------------|---------|---------|
| 3006 | 01/24/2024 | 01/24/2024 | 1401.66 | 1401.66 | 1401.66 |

Memo:                                        Amount Credited:              $0.00
                                             Total:                   $1,401.66

STNWDSUBPPROD 0022

| FEB 20 2024 | Wire Transfer In - 73190316 DION DAWKINS PNCBANK PITT | $1,401.66 | ⋮ |

## Details

**Statement Description:**
Wire Transfer In - 73190316 DION DAWKINS PNCBANK PITT

**Date:**
2/20/2024

**Type:**
Credit

**Page totals:** Credits: [1] **$1,401.66** | Debits: [0] **$0.00**

STNWDSUBPPROD 0023



STNWDSUBPPROD 0024



STNWDSUBPPROD 0025



2:40

< 27

Dion Dawkins Buffalo Bills >

they're not capable of doing it. It's completely your call. Just let me know how you wanna proceed.

> 3:05
>
> < 187    C    📷
>
> Cody Builder Buffalo
>
> Today 10:13 AM
>
> How's the house?
>
> Today 7:00 PM
>
> What happened to the ice maker shelf in the refrigerator
>
> And also there is a shit tone of stuff wrong with the house that I went through with my second set of professional eyes we have to go over asap
>
> Read
>
> No idea about ice maker we didn't touch that, fridge has been there the whole time...no worries just send me a list I'll get it done

If your guys got it fixed I would have to pay again to get it all fixed right ??

you wouldn't have to pay for it twice that's what I was trying to explain to you. If you have a minute after camp roll over to my

iMessage

STNWDSUBPPROD 0026



STNWDSUBPPROD 0027



R&D Contracting, Inc.

6633 Main Street
Williamsville, NY 14221-5996

**Invoice**

| Date | Invoice # |
|---|---|
| 5/4/2023 | 117 |

PAID
01/12/2023

Bill To

Dion Dawkins

| | P.O. No. | Terms | Project |
|---|---|---|---|
| | | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Draw #4 - Floors finished: tile, hardwood, carpet: Electrical and plumbing systems inspected | 93,000.00 | 93,000.00 |

| | **Total** | $93,000.00 |
|---|---|---|

STNWDSUBPPROD 0028

3:08    .ıl  5G 🔋

◀ Search

✕    Inv_116_from_RD_Contrac...



**R&D Contracting, Inc.**

6633 Main Street
Williamsville, NY 14221-5996

| | Date | Invoice # |
|---|---|---|
| | 5/3/2023 | 116 |

Bill To

Dion Dawkins

| P.O. No. | Terms | Project |
|---|---|---|
| | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Family Room Fans (2) and Master Bedroom Fan | 551.36 | 551.36 |
| | Girls Bedroom Fixtures (2) | 478.43 | 478.43 |
| | Boy Bedroom Fixture | 177.81 | 177.81 |
| | Kitchen Eat-in Pendants (2) | 1,759.58 | 1,759.58 |
| | First Floor Laundry Fixture & Second Floor Top of Stairs Fixture | 293.60 | 293.60 |
| | Study Fixture, Kitchen Hall Fixtures (2), and Family Room scones (2) | 4,327.16 | 4,327.16 |
| | Master Bath Vanity Lights (2), Power Room Fixture, Boys Bath Vanity Lights (2) | 1,359.38 | 1,359.38 |
| | Front Entry Light | 511.13 | 511.13 |
| | Master Tub Fixture | 1,956.41 | 1,956.41 |
| | Nanny Bathroom Fixture | 193.40 | 193.40 |
| | Nanny Bedroom Fixture | 510.04 | 510.04 |
| | Girls Bathroom Vanity Lights (2) | 739.50 | 739.50 |
| 33 | Recessed Lights | 225.00 | 7,425.00 |
| 8 | Recessed Lighting Changes | 165.00 | 1,320.00 |
| | Light Bulbs | 103.33 | 103.33 |
| | Electrical - Labor Upgrade | 4,200.00 | 4,200.00 |
| | Lighting Allowance Per Contract | -5,000.00 | -5,000.00 |
| | Reframing of Garage Door | 6,500.00 | 6,500.00 |
| | Reframing Material of Garage Door | 4,230.00 | 4,230.00 |
| | Garage Door & Opener | 9,365.00 | 9,365.00 |
| | Labor to install Garage Door & Opener | 1,500.00 | 1,500.00 |
| | Drywall - Labor | 1,250.00 | 1,250.00 |
| | Drywall - Materials | 465.00 | 465.00 |
| | Trim Labor of Exterior Garage Door | 2,200.00 | 2,200.00 |
| | Carpentry - Materials - Trim (MDF, Plywood) | 935.00 | 935.00 |
| | Carpentry - Labor | 3,250.00 | 3,250.00 |
| | Tile Materials | 12,645.95 | 12,645.95 |
| | Tile Allowance (CREDIT) | -4,458.58 | -4,458.58 |

**Total**

Page 1



**R&D Contracting, Inc.**

6633 Main Street
Williamsville, NY 14221-5996

| | Date | Invoice # |
|---|---|---|
| | 5/3/2023 | 116 |

Bill To

Dion Dawkins

| P.O. No. | Terms | Project |
|---|---|---|
| | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Tile - Labor Upgrade | 2,300.00 | 2,300.00 |
| | Kitchen Backsplash | 829.08 | 829.08 |
| | Kitchen Backsplash Allowance (CREDIT) | -147.00 | -147.00 |
| | Plumbing - Materials | 24,254.51 | 24,254.51 |
| | Plumbing Allowance (CREDIT) | -5,000.00 | -5,000.00 |
| | Plumbing - Labor Upgrade | 1,500.00 | 1,500.00 |

STNWDSUBPPROD 0029

3:08

◄ Search

✕      Inv_118_from_RD_Contrac...



**R&D Contracting, Inc.**

6633 Main Street
Williamsville, NY 14221-5996

**Invoice**

| Date | Invoice # |
|------|-----------|
| 7/6/2023 | 118 |

PAID 07/12/2023

**Bill To**

Dion Dawkins

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Mirrors | 636.17 | 636.17 |
| | Mirrors Allowance (CREDIT) | -1,000.00 | -1,000.00 |
| | Twin City Mirrors | 1,418.98 | 1,418.98 |
| | Wallpaper - Master Bathroom & Half Bathroom | 2,488.74 | 2,488.74 |
| | Wallpaper - Labor | 3,250.00 | 3,250.00 |
| | Siding - Labor | 1,907.50 | 1,907.50 |
| | Siding - Materials | 6,000.00 | 6,000.00 |
| | Dumpster Disposal/Clean Up | 10,399.76 | 10,399.76 |
| | Locksets and Door Handle | 357.99 | 357.99 |
| | Kitchen Garbage Build-In | 3,600.00 | 3,600.00 |
| | Prime, Paint, Materials & Labor - Kitchen Garbage Build-in | 800.00 | 800.00 |
| | Countertop Fabrication Kitchen Garbage Build-in | 2,760.00 | 2,760.00 |
| | Kitchen Garbage Built-in Handles & Labor to Install | 150.00 | 150.00 |

| **Total** | $32,769.14 |
|-----------|------------|

STNWDSUBPPROD 0030

 

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Kitchen Eat-in Pendants (2) | 1,759.58 | 1,759.58 |
| | First Floor Laundry Fixture & Second Floor Top of Stairs Fixture | 293.60 | 293.60 |
| | Study Fixture, Kitchen Hall Fixtures (2), and Family Room sconces (2) | 4,327.16 | 4,327.16 |
| | Master Bath Vanity Lights (2), Power Room Fixture, Boys Bath Vanity Lights (2) | 1,359.38 | 1,359.38 |
| | Front Entry Light | 511.13 | 511.13 |
| | Master Tub Fixture | 1,956.41 | 1,956.41 |
| | Nanny Bathroom Fixture | 193.40 | 193.40 |
| | Nanny Bedroom Fixture | 510.04 | 510.04 |
| | Girls Bathroom Vanity Lights (2) | 739.50 | 739.50 |
| 33 | Recessed Lights | 225.00 | 7,425.00 |
| 8 | Recessed Lighting Changes | 165.00 | 1,320.00 |
| | Light Bulbs | 103.33 | 103.33 |
| | Electrical - Labor Upgrade | 4,200.00 | 4,200.00 |
| | Lighting Allowance Per Contract | -5,000.00 | -5,000.00 |
| | Reframing of Garage Door | 6,500.00 | 6,500.00 |
| | Reframing Material of Garage Door | 4,230.00 | 4,230.00 |
| | Garage Door & Opener | 9,365.00 | 9,365.00 |
| | Labor to install Garage Door & Opener | 1,500.00 | 1,500.00 |
| | Drywall - Labor | 1,250.00 | 1,250.00 |
| | Drywall - Materials | 465.00 | 465.00 |
| | Trim Labor of Exterior Garage Door | 2,200.00 | 2,200.00 |
| | Carpentry - Materials - Trim (MDF, Plywood) | 935.00 | 935.00 |
| | Carpentry - Labor | 3,250.00 | 3,250.00 |
| | Tile Materials | 12,645.95 | 12,645.95 |
| | Tile Allowance (CREDIT) | -4,458.58 | -4,458.58 |
| | **Total** | | |

Page 1

R&D Contracting, Inc.

6633 Main Street
Williamsville, NY 14221-5996

# Invoice



PAID 07/12/2023

| Date | Invoice # |
|---|---|
| 5/3/2023 | 116 |

**Bill To**

Dion Dawkins

| P.O. No. | Terms | Project |
|---|---|---|
| | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Tile - Labor Upgrade | 2,300.00 | 2,300.00 |
| | Kitchen Backsplash | 829.08 | 829.08 |
| | Kitchen Backsplash Allowance (CREDIT) | -147.00 | -147.00 |
| | Plumbing - Materials | 24,254.51 | 24,254.51 |
| | Plumbing Allowance (CREDIT) | -5,000.00 | -5,000.00 |
| | Plumbing - Labor Upgrade | 1,500.00 | 1,500.00 |
| | Tailored Closet System | 69,737.13 | 69,737.13 |
| | Referral Fee Hunt Realestate | 10,000.00 | 10,000.00 |
| 3 | Paint Changes in Kids Bedrooms | 300.00 | 900.00 |
| 6 | Custom Doors Downstairs to match Masonite | 400.00 | 2,400.00 |
| | Railings - Outside Back Patio Rail and Post System | 8,765.00 | 8,765.00 |
| | Railings - Outside Back Patio Rail and Post System Labor | 6,500.00 | 6,500.00 |
| | Vacuum System | 5,548.01 | 5,548.01 |
| | Wallpaper - Materials Girls Bathroom | 1,027.04 | 1,027.04 |
| | Wallpaper - Labor | 2,250.00 | 2,250.00 |
| | Countertops | 5,203.00 | 5,203.00 |
| | **Total** | | **$194,855.27** |

Page 2

STNWDSUBPPROD 0031



STNWDSUBPPROD 0032



STNWDSUBPPROD 0033

2:41

‹ 32

Dion Dawkins Buffalo Bills ›

to figure out your gate. I can either call Cody or do it the way that I think you'll have the best results which is kicking them out of your house, not paying them and sending them a letter from an attorney. I'm OK either way I'm just here to help so let me know. I wanna get your shit right

Jul 26, 2023 at 7:39 PM

I would love if you and your guys can help and get all my stuff right
I jus don't wanna get hit with another bill

I got you. You said you owed them money, correct? The goal would be to fix it where you don't have to come out of pocket any more money. If not, I'm more than happy to help you and just be your project manager to get the job done, but I know that those guys are capable of doing it to the level and standards that you deserve and paid for. Let me know how I can get in your house tomorrow.

+    iMessage

STNWDSUBPPROD 0034



**2:41**

< 32

**Dion Dawkins Buffalo Bills** ›

than happy to help you and just be your project manager to get the job done, but I know that those guys are capable of doing it to the level and standards that you deserve and paid for. Let me know how I can get in your house tomorrow.

Jul 26, 2023 at 9:14 PM

Gate code 2913

What's your address? Will someone be home to get in the house?

U will be there right. Call my moms
909-419-1695

100 Stewart ct East Aurora NY

I'll be there myself with a few people. I'm going to hit your mom up right now and set it up.

Just called that number and that's not your mom

908-419-1695 😂😂😂

+ iMessage 🎤

STNWDSUBPPROD 0035



STNWDSUBPPROD 0036

**2:41**

< 32          Dion Dawkins Buffalo Bills >

Yes please

Have your guys get to that Monday that's cool with me

I got you!

Thankful for u homie

What's your email

Steve@stonewoodbuilders.com

iMessage

STNWDSUBPPROD 0037



STNWDSUBPPROD 0038



STNWDSUBPPROD 0039



STNWDSUBPPROD 0040



**2:41**

**Dion Dawkins Buffalo Bills** ›

first

Why don't we start in the basement and work our way up

We can get everything straight down there. Put all your doors back on. Get all the mechanicals downstairs safe. This way we also won't be in the way of your family at the moment.

He didn't really do work in the basement

What did he do wrong that u and your people would do right ?

I know, but there's hazards down there that need to be addressed. Some of it is from the electrical work that they did.

We also need to move those water tanks away from your panel to get everything right. Not a lot of work, but maybe a day or two

Or if you want, we can start in your master bedroom and work

iMessage

STNWDSUBPPROD 0041



**2:42**

**32**

Dion Dawkins Buffalo Bills ›

Some of it is from the electrical work that they did.

We also need to move those water tanks away from your panel to get everything right. Not a lot of work, but maybe a day or two

Or if you want, we can start in your master bedroom and work our way from one side of the house to the other.

Yea that thing in the basement

U said you will get paid by hour

What is the hour pay

I will put something together and send it over to you. The hourly rates will vary based off of who I have in the house. Given the fact that the house is occupied, I wouldn't put more than two people over there and go to room by room. Let me figure that out and get that over to you later today.

Ok

iMessage

STNWDSUBPPROD 0042



**2:42**

**Dion Dawkins Buffalo Bills**

today.

Ok

So the plan would be that I would start with two guys. I would have one of my best guys there. His rate is $105 an hour along with another skilled guy that would be at $85 an hour. Given the situation at your house, I would want to be on the project instead of my project manager. I wouldn't be charging my normal rate and only charging has which is $110 an hour. That fee would only be for when I am assisting and running the project. It's not a full-time thing. Probably would be needed for the first few days to get the project off the ground, and after that, it might be an hour here or there, this is going to be the cheapest way to accomplish fixing your house. If you're not comfortable with that, I'm more than willing to go through everything and itemize it out but I know that will end up costing more in the long run. We will move quickly and get your

iMessage

STNWDSUBPPROD 0043



**2:42**

**32**

**Dion Dawkins Buffalo Bills ›**

hour here or there, this is going to be the cheapest way to accomplish fixing your house. If you're not comfortable with that, I'm more than willing to go through everything and itemize it out but I know that will end up costing more in the long run. We will move quickly and get your house Done right to perfection. Let me know your thoughts. normally I put a margin on top of all of the materials but for you anything that would be purchased, would be dollar for dollar you would pay no additional markup.

Ok get it done

👍

Send me address for later

Don't worry, I got you... I will take care of you and your family

iMessage

STNWDSUBPPROD 0044



STNWDSUBPPROD 0045

**2:42**

< 32     Dion Dawkins Buffalo Bills >

**Gang over there ??**

Yes sir

Aug 3, 2023 at 9:29 PM

Yo, poker and steaks 🥩 at my place Monday night at 7:30. Also, I'll be at your house tomorrow morning taking care of some stuff and installing the dryer you bought.

Aug 8, 2023 at 10:22 AM



iMessage

STNWDSUBPPROD 0046



STNWDSUBPPROD 0047



STNWDSUBPPROD 0048



STNWDSUBPPROD 0049



STNWDSUBPPROD 0050



STNWDSUBPPROD 0051



STNWDSUBPPROD 0052



STNWDSUBPPROD 0053



STNWDSUBPPROD 0054

## Invoice

**sound and theater**

111 S Cayuga Rd. Williamsville, NY 14221
www.soundandtheater.net    716-632-2790

| Date | Invoice # |
|---|---|
| 8/28/2023 | 7694 |

**Bill To**

Dawkins, Dion
100 Stewart Ct
East Aurora, NY 14052

| Terms | Due Date |
|---|---|
| Net 10 | 9/7/2023 |

| P.O. No. | Project |
|---|---|
|  | Home Security, Network & AV Upgrades |



| Description | Qty | Amount |
|---|---|---|
| Binary Cable B3 Series 1/8in., 3.5mm. Mini Stereo To RCA Male - 1 meter (3.3 ft) | 1.6 | 22.94T |
| Analog Audio Cable (1 Meter) | 6.4 | 264.32T |
| B6 Series 4K Ultra HD Premium Certified High Speed HDMI Cable With Griplek 1M (3.3 ft) | 10.8 | 463.54T |
| Flush Mount Remote Temperature Sensor | 1.6 | 58.61 |
| Entertainment and Automation Controller w/2 audio streams, PoE+ and rechargeable remote | 1.2 | 1,824.14T |
| Garage Automation Package - All the necessary gear to completely integrate monitoring and control of up to two garage doors. | 0.8 | 481.14T |
| System Remote Control with Large OLED Screen and charging station | 0.8 | 386.64T |
| Wireless Thermostat by Aprilaire (basic Hookup Only - If Extra Wire Or Transformer Is Required, Billed In Addition) | 1.6 | 685.12 |
| Chime Video Doorbell PoE Accessory Kit. Comes with a left and right-facing 15° wedges and optional backplate. | 0.4 | 13.56 |
| Chime Video Doorbell, 5MP & 180-degree field of view. PoE (Black) | 0.4 | 247.52 |
| Chime Video Doorbell Junction Box (New Construction only) | 0.4 | 17.42 |
| 4X4 HDMI 4K HDR Matrix Quick Switching | 0.4 | 828.92T |
| Dry contact adapter for LiftMaster and Chamberlain Security + 2.0 (MyQ) garage door openers. | 1.6 | 53.36T |
| 310 Series Dome IP Outdoor Camera, 2MP (1080), Fixed 2.8mm, IR Range 10m, Starlight, True WDR, 3D-DNR, PoE (Available in White or Black) | 0.8 | 289.62 |
| 310 Series Turret IP Outdoor Camera, 2MP (1080), Fixed 2.8mm, IR Range 30m, Starlight, True WDR, 3D-DNR, PoE (Available in White or Black) | 0.8 | 307.75 |
| 510 series 16 channel network video recorder w/Power Over Ethernet with 2TB HDD (PoE) | 0.4 | 1,161.07T |
| 510 Series Turret IP Outdoor Camera, 4MP (1520), Motorized Varifocal 2.8mm to 12mm, IR Range 30m, Starlight, True WDR, 3D-DNR, PoE (Available in White or Black) | 3.6 | 2,158.74 |
| 710 Series Bullet IP Outdoor Camera with Heater, 8MP (2160), Motorized Varifocal 2.8mm to 12mm, IR Range 50m, Starlight, True WDR, 3D-DNR, PoE (Available in White or Gray) | 0.8 | 559.32 |
| Commercial grade multi-WAN gigabit router with VLAN, VPN & QoS support. WAN Port rated to 950 Mbps | 0.4 | 304.06T |
| Outdoor high powered concurrent dual-band (2.4 GHz & 5 GHz), 2x2, 1200 Mbps access point | 0.4 | 337.36T |
| High powered concurrent dual-band (2.4 GHz & 5 GHz), 3x3, 1900 Mbps access point | 0.8 | 553.50T |
| Managed Wireless Controller for up to 16 access points. | 0.4 | 223.70T |
| Roku Ultra 4k w/HDR Streaming player | 4.8 | 551.95T |
| Premium Tilting TV Wall Mount For 46"-90" TVs | 2 | 344.98T |

| Comments | | Sales Tax (8.75%) | |
|---|---|---|---|
|  |  | **Subtotal** |  |
|  |  | **Payments/Credits** |  |
|  |  | **Balance Due** |  |

Page 1

---

## Invoice

**sound and theater**

111 S Cayuga Rd. Williamsville, NY 14221
www.soundandtheater.net    716-632-2790

| Date | Invoice # |
|---|---|
| 8/28/2023 | 7694 |

**Bill To**

Dawkins, Dion
100 Stewart Ct
East Aurora, NY 14052

| Terms | Due Date |
|---|---|
| Net 10 | 9/7/2023 |

| P.O. No. | Project |
|---|---|
|  | Home Security, Network & AV Upgrades |



| Description | Qty | Amount |
|---|---|---|
| Wall mount for ARC soundbar | 0.4 | 36.34T |
| Premium smart soundbar (Black) | 0.4 | 413.54T |
| 43" 4K HDR LED TV with smart Google TV | 0.4 | 313.22T |
| 65" 4K HDR LED TV with smart Google TV | 0.8 | 1,065.36T |
| 75" 4K HDR LED TV with smart Google TV | 0.8 | 1,411.22T |
| Albatross Annual Service Contract for remote monitoring and repair.<br>- Unlimited remote support via phone, email or text (24/7)<br>- Monitoring/remote diagnostics<br>- Annual software updates<br>- 4Sight Annual subscription included | 0.4 | 422.14T |

STNWDSUBPPROD 0055

Roku Ultra 4k w/HDR Streaming player
...soundbar 6"-90" T... $18   $51.95T
...$14.98T

| Comments | | Sales Tax (8.75%) | |
|---|---|---|---|
| | | Subtotal | |
| | | Payments/Credits | 2 of 4 |
| | | Balance Due | |

Page 1



## sound and theater

111 S Cayuga Rd, Williamsville, NY 14221
www.soundandtheater.net    716-632-2790

**ENTERPRISES**
Your Complete Digital Solution

## Invoice

| Date | Invoice # |
|---|---|
| 8/28/2023 | 7694 |

**Bill To**

Dawkins, Dion
100 Stewart Ct
East Aurora, NY 14052

| Terms | Due Date |
|---|---|
| Net 10 | 9/7/2023 |

| P.O. No. | Project |
|---|---|
| | Home Security, Network & AV Upgrades |

| Description | Qty | Amount |
|---|---|---|
| Wall mount for ARC soundbar | 0.4 | 36.34T |
| Premium smart soundbar (Black) | 0.4 | 413.54T |
| 43" 4K HDR LED TV with smart Google TV | 0.4 | 313.22T |
| 65" 4K HDR LED TV with smart Google TV | 0.8 | 1,065.36T |
| 75" 4K HDR LED TV with smart Google TV | 0.8 | 1,411.22T |
| Albatross Annual Service Contract for remote monitoring and repair. | 0.4 | 422.14T |
| - Unlimited remote support via phone, email or text (24/7) | | |
| - Monitoring/remote diagnostics | | |
| - Annual software updates | | |
| - 4Sight Annual subscription included | | |
| - No labor charge on hardware warranty covered products. | | |
| - On site visits receive 1 hour discount | | |
| - Proactive Remote Repair | | |
| - Equipment Upgrade Discount | | |
| - Annual Wellness visit | | |
| - Cable/Satellite & ISP Concierge | | |
| - Auto renews for $79.95/month with annual commitment | | |
| Razor Articulating Mount for Large 37-55 in. Flat-Panel TVs (Black) | 0.4 | 269.60T |
| 42U Floor Standing Rack with Fine Floor Casters (24 in. Deep) | 0.4 | 429.87T |
| Lockable Rack Drawer 3u | 0.4 | 95.81T |
| Vertical Wire Management - 6 Ft. | 0.4 | 93.69T |
| Rack horizontal lacing L bar ( black) | 0.4 | 3.09T |
| Rack horizontal 2 Offset lacing L bar (black) | 0.4 | 3.86T |
| Rack horizontal 4 Offset lacing L bar (black) | 0.4 | 5.00T |
| Fixed Rack Shelf 1u | 0.4 | 28.80T |
| Fixed Rack Shelf 2u | 0.4 | 41.54T |
| 16-Source, 16-Zone Audio Matrix Switch | 0.4 | 832.09T |
| 8-Zone power amplifier delivers 100 watts per channel of high-resolution audio. | 0.8 | 1,871.69T |
| 15 meter HDMI Active Optical Cable (AOC) 48 Gbps rated, CL3 (49.2 ft) | 1.2 | 424.74 |

| Comments | | Sales Tax (8.75%) | |
|---|---|---|---|
| | | Subtotal | |
| | | Payments/Credits | |
| | | Balance Due | |

Page 2

## sound and theater

111 S Cayuga Rd, Williamsville, NY 14221
www.soundandtheater.net    716-632-2790

**ENTERPRISES**
Your Complete Digital Solution

## Invoice

| Date | Invoice # |
|---|---|
| 8/28/2023 | 7694 |

**Bill To**

Dawkins, Dion
100 Stewart Ct
East Aurora, NY 14052

| Terms | Due Date |
|---|---|
| Net 10 | 9/7/2023 |

| P.O. No. | Project |
|---|---|
| | Home Security, Network & AV Upgrades |

| Description | Qty | Amount |
|---|---|---|
| IP Controllable Rack Mount Power Strip - 18 Outlet - 15 AMP | 0.4 | 461.84T |
| Line Conditioning Rack Mount UPS w/EMI/RFI, Automatic Voltage Regulation (AVR), 20 AMP, 1 Outlet (2000VA, 171 Watts). 5 Year Limited Product Warranty (2 years on battery) with $50,000 Connected Equipment Guarantee | 0.4 | 666.99T |
| Male 3 Prong Power Extension Cord - 1.5 Foot (black) | 0.4 | 15.65T |
| Male 3 Prong Power Extension Cord - 3... | 0.4 | 18.92T |
| Universal In-Ceiling Access Point Mount | 0.8 | 115.00T |

STNWDSUBPPROD 0056

3:44   ...Il LTE ▭

◀ Search

✕      Inv_7694_from_Sound_T...

| Payments/Credits | |
| **Balance Due** | |

Page 2

---

# sound and theater

### Invoice

111 S Cayuga Rd. Williamsville, NY 14221
www.soundandtheater.net      716-632-2790

| Date | Invoice # |
| --- | --- |
| 8/28/2023 | 7694 |

**Bill To**

Dawkins, Dion
100 Stewart Ct
East Aurora, NY 14052

| Terms | Due Date |
| --- | --- |
| Net 10 | 9/7/2023 |

| P.O. No. | Project |
| --- | --- |
| | Home Security, Network & AV Upgrades |

| Description | Qty | Amount |
| --- | --- | --- |
| IP Controllable Rack Mount Power Strip - 18 Outlet - 15 AMP | 0.4 | 461.84T |
| Line Conditioning Rack Mount UPS w/EMI/RFI, Automatic Voltage Regulation (AVR), 20 AMP, 1 Outlet (2000VA, 171 Watts), 5 Year Limited Product Warranty (2 years on battery) with $50,000 Connected Equipment Guarantee | 0.4 | 666.99T |
| Male 3 Prong Power Extension Cord - 1.5 Foot (black) | 0.4 | 15.65T |
| Male 3 Prong Power Extension Cord - 3 Foot (black) | 0.4 | 18.92T |
| Universal In-Ceiling Access Point Mount | 0.8 | 115.00T |
| Rough-In Bracket | 0.8 | 36.75T |
| 16 Gauge 2-Conductor 65-Strand Speaker Wire 1000 feet, Nest in Box, Black | 60 | 24.00 |
| CAT5e 350mhz Unshielded 24/4 .50mm Wire (blue) | 360 | 75.60 |
| CAT6 550MHz Unshielded 23/4 Solid .58mm CMG-Rated Wire (Blue) | 270 | 91.80 |
| CAT6 550MHz Unshielded 23/4 Solid .58mm CMG-Rated Wire (Blue) | 240 | 81.60 |
| CAT6 550MHz Unshielded 23/4 Solid .58mm CMG-Rated Wire (White) | 240 | 81.60 |
| Cat 6 Ethernet Patch Cable - 3 ft (Blue) | 8.8 | 41.27T |
| Miscellaneous Parts | 0.4 | 179.07 |
| Miscellaneous Parts | 0.4 | 577.27T |
| Rough-In Labor | 1,404 | 133.38 |
| Trim Labor | ***** | 327.52 |
| Finish Labor | ***** | 3,596.61 |
| | | |
| Change Order 2 | | |
| Ceiling Enclosure / Sound dampening for one speaker | 6 | 1,221.72 |
| 6.5" Visual Performance Series 2-Way In-Ceiling Speakers (Pair) | 3 | 1,655.82 |
| 14-Gauge 4-Conductor Speaker Wire | 225 | 292.50 |
| Miscellaneous Parts | 1 | 110.97 |
| | | |
| Change Order 3 | | |
| Banana Connector - Black - All-metal Amplifier Outputs, Speaker Inputs | 5 | 21.75T |

| Comments | Sales Tax (8.75%) | |
| --- | --- | --- |
| | Subtotal | |
| | Payments/Credits | |
| | **Balance Due** | |

Page 3

---

# sound and theater

### Invoice

111 S Cayuga Rd. Williamsville, NY 14221
www.soundandtheater.net      716-632-2790

| Date | Invoice # |
| --- | --- |
| 8/28/2023 | 7694 |

**Bill To**

Dawkins, Dion
100 Stewart Ct
East Aurora, NY 14052

| Terms | Due Date |
| --- | --- |
| Net 10 | 9/7/2023 |

| P.O. No. | Project |
| --- | --- |
| | Home Security, Network & AV Upgrades |

STNWDSUBPPROD 0057

| Description | Qty | Ar |
|---|---|---|
| IP Controllable Rack Mount Power Strip - 18 Outlet - 15 AMP | 0.4 | 461.84T |
| Line Conditioning Rack Mount UPS w/EMI/RFI, Automatic Voltage Regulation (AVR), 20 AMP, 1 Outlet (2000VA, 171 Watts). 5 Year Limited Product Warranty (2 years on battery) with $50,000 Connected Equipment Guarantee | 0.4 | 666.99T |
| Male 3 Prong Power Extension Cord - 1.5 Foot (black) | 0.4 | 15.65T |
| Male 3 Prong Power Extension Cord - 3 Foot (black) | 0.4 | 18.92T |
| Universal In-Ceiling Access Point Mount | 0.8 | 115.00T |
| Rough-In Bracket | 0.8 | 36.75T |
| 16 Gauge 2-Conductor 65-Strand Speaker Wire 1000 feet, Nest in Box, Black | 60 | 24.00 |
| CAT5e 350mhz Unshielded 24-4 .50mm Wire (blue) | 360 | 75.60 |
| CAT6 550MHz Unshielded 23-4 Solid .58mm CMG-Rated Wire (Blue) | 270 | 91.80 |
| CAT6 550MHz Unshielded 23-4 Solid .58mm CMG-Rated Wire (Blue) | 240 | 81.60 |
| CAT6 550MHz Unshielded 23-4 Solid .58mm CMG-Rated Wire (White) | 240 | 81.60 |
| Cat 6 Ethernet Patch Cable - 3 ft (Blue) | 8.8 | 41.27T |
| Miscellaneous Parts | 0.4 | 179.07 |
| Miscellaneous Parts | 0.4 | 577.27T |
| Rough-In Labor | 1.404 | 133.38 |
| Trim Labor | ****** | 327.52 |
| Finish Labor | ****** | 3,596.61 |
| | | |
| Change Order 2 | | |
| Ceiling Enclosure / Sound dampening for one speaker | 6 | 1,221.72 |
| 6.5" Visual Performance Series 2-Way In-Ceiling Speakers [Pair] | 3 | 1,655.82 |
| 14-Gauge 4-Conductor Speaker Wire | 225 | 292.50 |
| Miscellaneous Parts | 1 | 110.97 |
| | | |
| Change Order 3 | | |
| Banana Connector - Black - All-metal Amplifier Outputs, Speaker Inputs | 5 | 21.75T |

| Comments | | |
|---|---|---|
| | Sales Tax (8.75%) | |
| | Subtotal | |
| | Payments/Credits | |
| | **Balance Due** | |

Page 3



# Invoice

sound and theater

111 S Cayuga Rd. Williamsville, NY 14221
www.soundandtheater.net    716-632-2790

Your Complete Digital Solution
CENTERPRISES INC

| Date | Invoice # |
|---|---|
| 8/28/2023 | 7694 |

**Bill To**

Dawkins, Dion
100 Stewart Ct
East Aurora, NY 14052

| Terms | Due Date |
|---|---|
| Net 10 | 9/7/2023 |

| P.O. No. | Project |
|---|---|
| | Home Security, Network & AV Upgrades |

| Description | Qty | Amount |
|---|---|---|
| Banana Connector - Red - All-metal Amplifier Outputs, Speaker Inputs | 5 | 21.75T |
| Fiber HDMI Cables with Detachable Headshell - 50 Feet | 1 | 532.99T |
| 510 Series Turret IP Outdoor Camera, 4MP (1520), Motorized Varifocal 2.8mm to 12mm, IR Range 30m, Starlight, True WDR, 3D-DNR, PoE (Available in White or Black) | -2 | -1,199.30 |
| Sony ES AVR Rack Ears. | 1 | 109.99T |
| Labor (per Man Hour) | 4.698 | 446.36 |
| CAT6 550MHz Unshielded 23-4 Solid .58mm CMG-Rated Wire (Blue) | 75 | 28.50 |
| CAT6 550MHz Unshielded 23-4 Solid .58mm CMG-Rated Wire (Blue) | 75 | 28.50 |
| CAT6 550MHz Unshielded 23-4 Solid .58mm CMG-Rated Wire (White) | 75 | 28.50 |
| RG6 3GHz CCS 18 Gauge CL3-Rated Coaxial Cable | 150 | 30.00 |
| RG6 3GHz CCS 18 Gauge CL2 Rated Coaxial Cable | 75 | 13.50 |
| 14-Gauge 2-Conductor Speaker Wire | 375 | 303.75 |
| Cat 6 Ethernet Patch Cable - 3 ft (Blue) | 1 | 5.16T |
| Miscellaneous Parts | 1 | -26.80 |
| Miscellaneous Parts | 1 | 24.18T |
| Rough-In Labor | 1.59 | 151.05 |
| Trim Labor | 1.2 | 114.00 |
| Finish Labor | 4.8305 | 458.86 |

| Comments | | |
|---|---|---|
| | Sales Tax (8.75%) | $1,556.44 |
| | Subtotal | $32,355.88 |
| | Payments/Credits | $0.00 |
| | **Balance Due** | $32,355.88 |

PLEASE NOTE: A min. $5 late fee (or 1.5% - whichever is greater) will be assessed if payment is not received in full by the due date. Thank you for your promptness in paying ontime - it is greatly appreciated.

Page 4

STNWDSUBPPROD 0058



Light guy shit

Thanks Boss!

Aug 31, 2023 at 8:01 AM

Brodi
Forgot to run the trash to the street
If u can can u have one of your guys make that trip back and forth I'll tip him when I get home

I got you. No need to tip anyone.

Thank u

You're welcome

STNWDSUBPPROD 0059



32

**Dion Dawkins Buffalo Bills** ›

Thank u

You're welcome

Just wanted to check do you still want me to do that nice crown molding in your bedroom ceiling with the lights like we talked about and lower your TV? The room needs it and it'll set it off

Copy and paste that to the group

Tv yea
For sure
What would the plan be with the tv

Sep 7, 2023 at 6:12 PM

Request

How much would it be to like sound proof my game room lil room

They can hear me right above

Your podcast room you're talking about?

iMessage

STNWDSUBPPROD 0060



STNWDSUBPPROD 0061



**‹ 32**    Dion Dawkins Buffalo Bills ›    📹

price so hopefully you can let you know by the end of the day Thursday. Also, I'll have you info on the soundproofing tomorrow morning.

Sep 13, 2023 at 8:40 AM

No doubt
And when are they putting the bed and the stuff back
I think they painted and letting it dry
But how long u think ?

I will have them do that this morning

No doubt

Sep 13, 2023 at 7:33 PM

I can do a basic soundproofing to the ceiling in your podcast room for 1000-1200 labor and materials. Only issue with that is that would have to be painted after installed because it's not going to be black.

Sep 13, 2023 at 8:34 PM

+    iMessage    🎤

STNWDSUBPPROD 0062



2:43

32

Dion Dawkins Buffalo Bills ›

**No doubt**

Sep 13, 2023 at 7:33 PM

I can do a basic soundproofing to the ceiling in your podcast room for 1000-1200 labor and materials. Only issue with that is that would have to be painted after installed because it's not going to be black.

Sep 13, 2023 at 8:34 PM

**U have a picture of what it looks like ??**

Sep 14, 2023 at 9:01 PM

Hi question do you want me to fix all the wall in the basement or leave it alone? I want to let the painter know what to do. There is probably a few days left downstairs and can make it look way better. If not I can leave it the way it is. Also, need to get together to go over a landscape plan if that's something you want me to do still for the front yard. Need a little direction so I can

+    iMessage

STNWDSUBPPROD 0063



STNWDSUBPPROD 0064



STNWDSUBPPROD 0065



STNWDSUBPPROD 0066



STNWDSUBPPROD 0067



2:44

**Dion Dawkins Buffalo Bills** ›

landscaping some point next week. Once that stuff is completed, I will bill you separately for those items. Thanks again

Sep 22, 2023 at 6:34 PM

Just want to confirm you got the bill and wiring instructions.

Yea

Sep 24, 2023 at 8:42 PM

Get that done tomorrow

When are they doing the gate ???

Thank you! Will find out some time tomorrow and let you know. Pushing to get it done for you asap.

No doubt

Sep 25, 2023 at 6:27 PM

I will know in the morning on how quick we can get the screen for the gooseneck at the gate and that will dictate the install date.

iMessage

STNWDSUBPPROD 0068



STNWDSUBPPROD 0069

Dion Dawkins Buffalo Bills ›

🔥 🔥

What's that cost

That one u got

9k it's infrared

Sep 29, 2023 at 3:25 PM

Sep 29, 2023 at 5:08 PM

Will be at your house Monday to address your ceilings and the baseboard in your bathroom

Sep 30, 2023 at 12:53 PM

iMessage

STNWDSUBPPROD 0070

**2:45**     0:26     54

**< 32**

**Dion Dawkins Buffalo Bills** >

No doubt

Oct 1, 2023 at 8:14 PM

I'll try to get that fixed for you tomorrow

That's crazy that it just fell off your house

Bruhh this the work those guys did

+ iMessage

STNWDSUBPPROD 0071



STNWDSUBPPROD 0072



STNWDSUBPPROD 0073



STNWDSUBPPROD 0074



STNWDSUBPPROD 0075



STNWDSUBPPROD 0076



STNWDSUBPPROD 0077



STNWDSUBPPROD 0078



STNWDSUBPPROD 0079

# Lighting Upgrades

## Dawkins, Dion
100 Stewart Ct
East Aurora, NY 14052
(732) 850-1884

Revision:  1
Modified:  11/21/2022

Presented By:

## Sound & Theater

111 S Cayuga Rd
Williamsville, NY 14221
(716) 632-2790
www.soundandtheater.net



STNWDSUBPPROD 0080

## Basement: Stairway

**1**    **Control4**

Adaptive Phase Dimmer (600 watt max) - Supports both forward and reverse phase dimming.  Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

1    Control4

Custom Engraving for Rocker Keycap

1    Control4

Single gang faceplate for dimmer, switch or keypad. Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

**1**    **Control4**

Keypad Adaptive Phase Dimmer (600 watt max) - Supports both forward and reverse phase dimming as well as a keypad.  Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

6    Control4

Custom Engraving for Single, Double or Triple High Keycap

1    Control4

Single gang faceplate for dimmer, switch or keypad. Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

## Basement: Hallway

**1**    **Control4**

Adaptive Phase Dimmer (600 watt max) - Supports both forward and reverse phase dimming.  Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

* Price Includes Accessories

Lighting Upgrades

STNWDSUBPPROD 0081

## Basement: TV Area (Future Theater Area)

**2**    **Control4**

Adaptive Phase Dimmer (600 watt max) - Supports both forward and reverse phase dimming. Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

**1**    **Control4**

Configurable Keypad - from two to seven buttons using four different button sizes for a total of 37 layouts. Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

**1**    **Control4**

Switch (15 amp max). Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

## Basement: Putting Green

**1**    **Control4**

Switch (15 amp max). Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

## Basement: Closet (Electrical Panel)

**1**    **Control4**

Entertainment and Automation Controller w/7 audio streams

## Basement: Bar

**3**    **Control4**

Adaptive Phase Dimmer (600 watt max) - Supports both forward and reverse phase dimming. Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

* Price Includes Accessories

Lighting Upgrades

Project No. SOUND-1320    Rev. 1    11/21/2022

STNWDSUBPPROD 0082

**1**    **Control4**

Keypad Adaptive Phase Dimmer (600 watt max) - Supports both forward and reverse phase dimming as well as a keypad.  Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

## Basement: Dinette

**1**    **Control4**

Adaptive Phase Dimmer (600 watt max) - Supports both forward and reverse phase dimming.  Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

## Basement: Spa Patio Door

**1**    **Control4**

Adaptive Phase Dimmer (600 watt max) - Supports both forward and reverse phase dimming.  Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

**1**    **Control4**

Keypad Adaptive Phase Dimmer (600 watt max) - Supports both forward and reverse phase dimming as well as a keypad.  Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

**2**    **Control4**

Switch (15 amp max).  Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

## Basement: Game Room

**1**    **Control4**

Adaptive Phase Dimmer (600 watt max) - Supports both forward and reverse phase dimming.  Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

* Price Includes Accessories

Lighting Upgrades

## 1st Floor: Mudroom

**3**    **Control4**

Adaptive Phase Dimmer (600 watt max) - Supports both forward and reverse phase dimming.  Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

**1**    **Control4**

Keypad Adaptive Phase Dimmer (600 watt max) - Supports both forward and reverse phase dimming as well as a keypad.  Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

**3**    **Control4**

Switch (15 amp max).  Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

## 1st Floor: Front Entrance

**4**    **Control4**

Adaptive Phase Dimmer (600 watt max) - Supports both forward and reverse phase dimming.  Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

**1**    **Control4**

Keypad Adaptive Phase Dimmer (600 watt max) - Supports both forward and reverse phase dimming as well as a keypad.  Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

**3**    **Control4**

Switch (15 amp max).  Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

## 1st Floor: Hallway (Bedrooms)

* Price Includes Accessories

Lighting Upgrades

Project No   SOUND-1920    Rev 1    11/21/2022

STNWDSUBPPROD 0084

**1**    **Control4**

Adaptive Phase Dimmer (600 watt max) - Supports both forward and reverse phase dimming.  Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

**1**    **Control4**

Keypad Adaptive Phase Dimmer (600 watt max) - Supports both forward and reverse phase dimming as well as a keypad.  Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

**4**    **Control4**

Switch (15 amp max).  Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

## 1st Floor: Master Bedroom

**4**    **Control4**

Adaptive Phase Dimmer (600 watt max) - Supports both forward and reverse phase dimming.  Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

**1**    **Control4**

Control & Automation Controller

**1**    **Control4**

Keypad Adaptive Phase Dimmer (600 watt max) - Supports both forward and reverse phase dimming as well as a keypad.  Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

**4**    **Control4**

Switch (15 amp max).  Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

## 1st Floor: Master Closet

\* Price Includes Accessories

Lighting Upgrades

STNWDSUBPPROD 0085

**1** **Control4**

Switch (15 amp max). Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

## 1st Floor: Master Bathroom

**5** **Control4**

Adaptive Phase Dimmer (600 watt max) - Supports both forward and reverse phase dimming. Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

**2** **Control4**

Keypad Adaptive Phase Dimmer (600 watt max) - Supports both forward and reverse phase dimming as well as a keypad. Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

**2** **Control4**

Switch (15 amp max). Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

## 1st Floor: Living Room

**1** **Control4**

Keypad Adaptive Phase Dimmer (600 watt max) - Supports both forward and reverse phase dimming as well as a keypad. Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

**2** **Control4**

Switch (15 amp max). Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

## 1st Floor: Dining Room

\* Price Includes Accessories

**Lighting Upgrades**

**4**    **Control4**

Adaptive Phase Dimmer (600 watt max) - Supports both forward and reverse phase dimming.  Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

**1**    **Control4**

Configurable Keypad - from two to seven buttons using four different button sizes for a total of 37 layouts.  Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

**5**    **Control4**

Switch (15 amp max).  Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

## 1st Floor: Study

**3**    **Control4**

Adaptive Phase Dimmer (600 watt max) - Supports both forward and reverse phase dimming.  Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

## 1st Floor: Kitchen

**5**    **Control4**

Adaptive Phase Dimmer (600 watt max) - Supports both forward and reverse phase dimming.  Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

**1**    **Control4**

Keypad Adaptive Phase Dimmer (600 watt max) - Supports both forward and reverse phase dimming as well as a keypad.  Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

* Price Includes Accessories

Lighting Upgrades

STNWDSUBPPROD 0087

**1**    **Control4**

Switch (15 amp max).  Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

## 2nd Floor: Stairwell

**1**    **Control4**

Adaptive Phase Dimmer (600 watt max) - Supports both forward and reverse phase dimming.  Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

**1**    **Control4**

Keypad Adaptive Phase Dimmer (600 watt max) - Supports both forward and reverse phase dimming as well as a keypad.  Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

## Garage

**2**    **Control4**

Adaptive Phase Dimmer (600 watt max) - Supports both forward and reverse phase dimming.  Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

**1**    **Control4**

Control & Automation Controller

**2**    **Control4**

Keypad Adaptive Phase Dimmer (600 watt max) - Supports both forward and reverse phase dimming as well as a keypad.  Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

**5**    **Control4**

Switch (15 amp max).  Available in Gloss (White, Black, Light Almond, Ivory or Brown), Satin (Snow White, Aluminum, Biscuit or Midnight Black) or Metal (Satin Nickel, Stainless Steel, Venetian Bronze).

* Price Includes Accessories

STNWDSUBPPROD 0088

**Project Subtotal:** $30,339.93

STNWDSUBPPROD 0089

PROJECT SUMMARY

| | |
|---|---:|
| Equipment: | $30,339.93 |
| Misc. Parts Adjustment: | $1,061.94 |
| Labor: | $7,842.95 |
| Sales Tax: | $508.75 |
| **Grand Total:** | **$39,753.57** |

Lighting Upgrades

STNWDSUBPPROD 0090

# Lighting Upgrades

## Dawkins, Dion

100 Stewart Ct
East Aurora, NY 14052
(732) 850-1884

Revision:     1
Modified:     11/21/2022

Presented By:

## Sound & Theater

111 S Cayuga Rd
Williamsville, NY 14221
(716) 632-2790
www.soundandtheater.net



A.  The general project description is contained in the attached document and related documents from herein referred to as the "Proposal".

B.  The specific work to be performed by Contractor is the installation of the specified system as outlined in the Proposal.

C.  The total amount to be paid by the owner for the performance (subject to additions and deductions by written change order) shall not exceed the total specified in the Proposal.

D.  Progress payments will be made according to the payment schedule below.  Equipment will not be ordered until the equipment deposit has been submitted. These times are subject to the timing of the construction and the lead times required for the ordered equipment to be delivered.

E.  Payment is due immediately after invoicing. Unpaid balance beyond 10 days after invoicing of completed tasks as outlined in item D shall bear interest payable to Contractor at a rate of 1.5% per month simple interest.

F.  This Proposal expires 30 days following the date stated on the top of this agreement.  No work will be scheduled without a deposit plus a signed copy of this agreement.  All drawings and specifications contingent on agreement and retainer.

G.  If job is of a retro-fit/remodel nature on an existing structure, and scope of work exceeds time estimated to complete because of unforeseen circumstances, owner agrees that he/she will be back-charged at a rate of $65 per man, per hour for all extra labor involved in completing the job.

H.  All drawings and documentation are contingent on retainer.  Since preparing a proposal requires system design & engineering by a professional Systems Integrator, only one version of the proposal will be prepared without a retainer.  If a second version is required or if project is for design & documentation only, a minimum $400 Design Retainer will be collected.  This Design Retainer will cover up to three additional designs and proposals, as well as one block-diagram drawing of the system.  For a $1000 Design Retainer, client will receive up to three versions, one block diagram drawing, plus one basic cabinet audio placement and specification drawing.  The retainer covers design & engineering time and is non-refundable.

I.  Contractor reserves the right to replace proposed models in the case of obsolescence, discontinuation or unavailability with a comparable model of equal or greater value upon customer approval.  Contractor will not be held responsible or liable in any way for any said product's obsolescence, discontinuation or unavailability.

| Payment Schedule | Amount |
|---|---|
| Initial Deposit (Due at contract signing) | $23,852.14 |
| Final (Due last day of job) | $15,901.43 |

### 1. Contract Documents and Details

The contract documents consist of this agreement, including all general provisions, special provisions, specifications, drawings, addenda, change orders, written interpretations, and written orders for minor changes in work. Work not covered by contract documents will not be required unless it is required by reasonable inference as being necessary to produce the intended result. The costs associated with any related work or materials, including, but not limited to electrical, drywall, painting, cabinets are not included unless specifically documented in the proposal. Contractor is not responsible for any underground trenching or laying or supplying of conduit for outside wiring.

### 2. Time

With respect to schedule completion of the tasks in section D, time is of the essence. If Contractor is delayed at any time in the progress of the work by owner change orders, fire, labor disputes, acts of God or other causes beyond Contractor's control, the completion schedule for the work or affected parts of the work shall be extended by the same amount of the time caused by the delay.

### 3. Payments and Completion

The above Payment Schedule is a guideline and approximation. Since contractor will, if possible, open, test and burn-in equipment before delivery, all components must be paid for before delivery to job site. Payments may not be withheld under any circumstances. Any disputes due to legal claims will be settled independently in good faith between the parties. Final payment shall be due immediately following completion of the project. Contractor will hold owner harmless with respect to claims of subcontractors and suppliers.

### 4. Insurance

Contractor shall purchase and maintain such insurance necessary to protect from claims under workers compensation and from any damage to the owners property resulting from the conduct of this contract.

### 5. Changes in the Contract

The owner may order changes, additions, or modifications without invalidating the contract. Such changes must be in writing and signed by the owner. The contractor shall provide the owner in writing the amount of additional costs or cost reductions resulting from changes ordered within 15 working days unless this requirement is waived in writing by the owner. Change Orders shall be paid in full upon acceptance of change and shall not alter the contract's payment schedule. In case of product unavailability or discontinuation, contractor reserves the right to substitute equipment of equal or better quality with clients approval. Contractor will be held blameless in case of product unavailability or discontinuation.

### 6. Warranty

Contractor warranties all parts and labor involved in an installation for one year. Contractor will also be glad to help the client get their manufacturer-warrantied equipment serviced though out the life of the said warranty.

November 26, 2022

_____
**Client: Dion Dawkins**

Date: _____

_____
**Contractor: Sound & Theater**

Date: _____

**Lighting Upgrades**
Project No : SOUND-1320      Rev 1     11/21/2022      Page 13 of 15

STNWDSUBPPROD 0092



**New York State**

Department of Taxation and Finance
New York State and Local Sales and Use Tax
## Certificate of Capital Improvement

**ST-124**
(12/15)

After this certificate is completed and signed by both the customer and the contractor performing the capital improvement, it must be kept by the contractor. Copies of this certificate must be furnished to all subcontractors on the job and retained as part of their records.

**Read this form completely before making any entries.**

**This certificate may not be used to purchase building materials exempt from tax.**

| Name of contractor (print or type) | Name of customer (print or type) | | |
|---|---|---|---|
| Sound & Theater | Dawkins, Dion | | |
| Address (number and street) | Address (number and street) | | |
| 111 S Cayuga Rd | 100 Stewart Ct | | |
| Williamsvile   NY   14221 | City East Aurora | State NY | ZIP code 14052 |
| | Sales tax Certificate of Authority number (if any) | | |

**To be completed by the customer**

Describe capital improvement to be performed

| Project name | | | |
|---|---|---|---|
| Lighting Upgrades | | | |
| Street address (where the work is to be performed) | City | State | ZIP code |
| 100 Stewart Ct | East Aurora | NY | 14052 |

I certify that:

- I am the (mark an X in one): ☐ owner   ☐ tenant of the real property identified on this form, and
- the work described above will result in a capital improvement to the real property as outlined in the instructions of this form, and
- this contract (mark an X in one): ☐ includes   ☐ does not include the sale of any items that will not become a permanent part of the real property (for example, a free standing microwave or washing machine).

I understand that:

- I will be responsible for any sales tax, interest, and penalty due on the contractor's total charge for tangible personal property and for labor if it is determined that this work does not qualify as a capital improvement, and
- I will be required to pay the contractor the appropriate sales tax on tangible personal property (and any associated services) when the property installed by the contractor does not become a permanent part of the real property, and
- I will be subject to civil or criminal penalties (or both) under the Tax Law if I issue a false or fraudulent certificate.

| Signature of customer | Title | Date |
|---|---|---|
| | | November 26, 2022 |

**To be completed by the contractor**

I, the contractor, certify that I have entered into a contract to perform the work described by the customer named above, and that I accept this form in good faith. (A copy of the written contract, if any, is attached.) I understand that my failure to collect tax as a result of accepting an improperly completed certificate will make me personally liable for the tax otherwise due, plus penalties and interest.

| Signature of contractor or officer | Title | Date |
|---|---|---|
| | | |

**This certificate is not valid unless all entries are completed.**

STNWDSUBPPROD 0093

# Instructions

When the customer completes this certificate and gives it to the contractor, who accepts it in good faith, it is evidence that the work to be performed will result in a capital improvement to real property.

A capital improvement to real property is an addition or alteration to real property that:

(a) substantially adds to the value of the real property or appreciably prolongs the useful life of the real property, **and**

(b) becomes part of the real property or is permanently affixed to the real property so that removal would cause material damage to the property or article itself, **and**

(c) is intended to become a permanent installation.

The work performed by the contractor must meet all three of these requirements to be considered a capital improvement. This certificate may not be issued unless the work qualifies as a capital improvement. See Tax Bulletin *Capital Improvements* (TB-ST-104).

If a contractor performs work that constitutes a capital improvement, the contractor must pay tax on the purchase of building materials or other tangible personal property, but is not required to collect tax from the customer for the capital improvement. No credit or refund is allowed for the tax paid on the cost of materials by the contractor. See Tax Bulletin *Contractors – Sales Tax Credits* (TB-ST-130).

For guidance as to whether a job is a repair or a capital improvement, see Publication 862, *Sales and Use Tax Classifications of Capital Improvements and Repairs to Real Property*.

**A contractor, subcontractor, property owner, or tenant, may not use this certificate to purchase building materials or other tangible personal property tax free.** A contractor's acceptance of this certificate does not relieve the contractor of the liability for sales tax on the purchase of building materials or other tangible personal property subsequently incorporated into the real property as a capital improvement unless the contractor can legally issue Form ST-120.1, *Contractor Exempt Purchase Certificate*. (See Publication 862 for additional information.)

The term *materials* is defined as items that become a physical component part of real or personal property, such as lumber, bricks, or steel. This term also includes items such as doors, windows, sinks, and furnaces used in construction.

### Floor covering

Floor covering such as carpet, carpet padding, linoleum and vinyl roll flooring, carpet tile, linoleum tile, and vinyl tile installed as the initial finished floor covering in new construction, a new addition to an existing building or structure, or in a total reconstruction of an existing building or structure, constitutes a capital improvement regardless of the method of installation. As a capital improvement, the charge to the property owner for the installation of floor covering is **not** subject to New York State and local sales and use taxes. However, the retail purchase of floor covering (such as carpet or padding) itself is subject to tax.

Floor covering installed other than as described above does not qualify as a capital improvement. Therefore, the charges for materials and labor are subject to sales tax. The contractor may apply for a credit or refund of any sales tax already paid on the materials.

The term *floor covering* does **not** include flooring such as ceramic tile, hardwood, slate, terrazzo, and marble. The rules for determining when floor covering constitutes a capital improvement do not apply to such flooring. The criteria stated in (a), (b), and (c) above apply to such flooring.

### Temporary facilities at construction sites

Subcontracts to provide temporary facilities at construction sites that are necessary for the construction of a capital improvement are considered to be part of the capital improvement project. Examples of temporary facilities include temporary:

- heat, electric, or plumbing services;
- protective pedestrian walkways; and
- scaffolding services.

A primary contractor purchasing qualifying temporary facilities from a subcontractor must give the subcontractor a copy of Form ST-124 issued to the primary contractor by the customer (including a customer that is an exempt organization) to purchase the subcontractor's services exempt from tax.

A certificate is accepted in good faith when a contractor has no knowledge that the certificate is false or is fraudulently given, and reasonable ordinary due care is exercised in the acceptance of the certificate.

If a contractor gets a properly completed Form ST-124 from the customer within 90 days after rendering services, and accepts it in good faith, the customer bears the burden of proving the job or transaction was not taxable.

If you are a contractor who installs items such as washing machines, clothes dryers, dishwashers, refrigerators, furniture, etc., which when installed or placed in real property do not become part of the real property, you must collect tax on your charge for the installation. The individual charge for any of these items is also taxable as the sale of tangible personal property.

If a contractor does not get a properly completed *Certificate of Capital Improvement* within 90 days, the contractor bears the burden of proving the work or transaction was a capital improvement. The failure to get a properly completed certificate, however, does not change the taxable status of a transaction; a contractor may still show that the transaction was a capital improvement.

Contractors and subcontractors must keep any exemption certificate for at least three years after the due date of the last return to which it relates, or the date the return was filed, if later. The contractor must also maintain a method of associating an exempt sale made to a particular customer with the exemption certificate on file for that customer.

---

### Need help?

 Visit our website at ***www.tax.ny.gov***
- get information and manage your taxes online
- check for new online services and features

**Telephone assistance**

| | |
|---|---|
| **Sales Tax** Information Center: | (518) 485-2889 |
| To order forms and publications: | (518) 457-5431 |

**Text Telephone (TTY) Hotline** (for persons with hearing and speech disabilities using a TTY):    (518) 485-5082

**Persons with disabilities:** In compliance with the Americans with Disabilities Act, we will ensure that our lobbies, offices, meeting rooms, and other facilities are accessible to persons with disabilities. If you have questions about special accommodations for persons with disabilities, call the information center.

---

**Privacy notification**

See our website or Publication 54, *Privacy Notification*.