

| | | |
|---|---|---|
| CRAIG D. CHARTIER<br>KEVIN C. HOYT<br>ANTHONY B. IACOVANGELO<br>FRANK B. IACOVANGELO<br>GINA M. IACOVANGELO<br>JOHN J. JAKUBEK<br>TRISHA L. KIRSCH<br>EUGENE M. O'CONNOR<br>JOHN C. PALERMO<br>MICHAEL J. RINGROSE<br>DAVID D. SPOTO<br>MINDY A. ST. JOHN | SUITE 100<br>180 CANAL VIEW BLVD.<br>ROCHESTER, NEW YORK 14623<br><br>TELEPHONE (585) 454-7145<br>FAX (585) 454-2476<br><br>Email: info@gallolaw.com<br>Web Page: http://www.GalloLaw.com | SANDRA G. WILMOT<br>JAMES S. WOLFORD<br>EDWARD A. WURTZ<br><br>HON. JOHN M. OWENS<br>Of Counsel<br>Surrogate Court Judge<br>2014-2020<br>Supreme Court Justice<br>2005-2013<br><br>LOUIS J. GALLO<br>1919 - 2015 |

May 9, 2025

<u>**VIA CM/ECF**</u>

Hon. Michael J. Roemer
United States Magistrate Judge
2 Niagara Square
Buffalo, NY 14202

                          Re:     <u>Dawkins v. R&D Contracting, Inc., et al.</u>
                                     Case No.: 24-CV-43

Dear Judge Roemer:

      Please be advised that Plaintiff does not object to Defendants' pending application seeking to join a Third-Party to this action.

                                          Respectfully yours,
                                          GALLO & IACOVANGELO, LLP

                                          <u>/s/James S. Wolford            </u>
                                          James S. Wolford, Esq.
                                          Direct Dial: (585) 340-4205
                                          Email: JamesWolford@Gallolaw.com

cc: Robert D. Bannister, Esq (via CM/ECF)